[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13275

Non-Argument Calendar

_____

DEANDRE D. CURRINGTON,

                                                    Plaintiff-Appellant,

*versus*

COMMANDER JUNEAU,
DEPUTY CHIEF BRYAN,
DUSTIN R. FOLK,
Cpl.,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 1:22-cv-00518-WKW-CWB

_____

Before JORDAN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. DeAndre D. Currington, a prisoner proceeding *pro se*, appeals from the district court's December 28, 2022, judgment dismissing his case. Even if Currington's numerous post-judgment motions were timely tolling motions, he was required to file a notice of appeal from the judgment by October 11, 2023, because the court's last order resolving such a motion was entered on September 11, 2023. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), (a)(4)(A). However, his notice of appeal was not deemed filed until September 21, 2024. *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (explaining that, if the date on which an inmate delivered his notice of appeal to institution authorities for mailing is not known, and absent contrary evidence, we assume that an inmate delivered his notice to the authorities on the date that he signed it). Accordingly, the notice is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

24-13275                Opinion of the Court                3

Currington's motions to amend, to compel, for leave to proceed, and for appointment of counsel are DENIED AS MOOT.

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.